# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO 2924
20-MD-2924

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**THOMAS LOGAN**

(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in In re: Zantac (Ranitidine) Products Lability Litigation, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) THOMAS LOGAN

   ("Plaintiff(s)") brings this action (check the applicable designation):

   a) On behalf of [himself/herself];

2. Injured Party is currently a resident and citizen of (City, State) BrickNJ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _.

If any party claims loss of consortium,

3. ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) _.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _.

### B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**

   Boehringer Ingelheim Corporation
   Boehringer Ingelheim International GmbH
   Boehringer Ingelheim Pharmaceuticals, Inc.
   Boehringer Ingelheim Promeco, S.A. de C.V.
   Boehringer Ingelheim USA Corporation
   GlaxoSmithKline (America) Inc.
   GlaxoSmithKline LLC
   GlaxoSmithKline PLC
   Patheon Manufacturing Service LLC
   Pfizer Inc.

   b. **Generic Manufacturers:**

   c. **Distributors:**

   d. **Retailers:**

   e. **Repackagers:**

   f. **Others Not Named in the MPIC:**

### C. JURISDICTION AND VENUE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

    District of NJ

8. Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [Check all that apply]

    ☐ By prescription

    X Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>Jan 2005</u> to <u>Nov 2019</u>.

## III.    PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [he/she] was diagnosed with the following specific type of cancer (check all that apply):

| Row No. | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| 1 | PROSTATE CANCER | 11/22/2019 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this ShortForm Complaint by reference.

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 1 | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| 2 | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| 3 | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| 4 | IV | NEGLIGENCE – FAILURE TO WARN |

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 5 | IX | BREACH OF EXPRESS WARRANTIES |
| 6 | V | NEGLIGENT PRODUCT DESIGN |
| 7 | VI | NEGLIGENT MANUFACTURING |
| 8 | VII | GENERAL NEGLIGENCE |
| 9 | VIII | NEGLIGENT MISREPRESENTATION |
| 10 | X | BREACH OF IMPLIED WARRANTIES |
| 11 | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below:<br>N.J. Stat. Ann. §§ 56:8-1 through 56:8-91 (West) |
| 12 | XII | UNJUST ENRICHMENT |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

## V.  JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,

/s/ *Amber M. Pang Parra*
Amber M. Pang Parra
JUSTINIAN & ASSOCIATES PLLC
7042 Alamo Downs Pkwy Suit 370
San Antonio, TX 78238
Tel: 855.452.5529
Fax: 210.879.8279
email: ampp@justinian.com
TX Bar No. 24009224
HI Bar No. 7305
Atttorneys for Plaintiff